**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLENE PLATT,

                       Plaintiff,

    -against-                                         20 **CIVIL** 8382 (GWG)

                                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2022, Platt's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion for judgment on the pleadings is granted.

**Dated:**  New York, New York

       March 3, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     Clerk of Court
                                              **BY:**    *K. Mango*

                                                                    **Deputy Clerk**